IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES DALLAS GOODSON, SR., ) | Civil Action No. 7:12-cv-00415 |
| Plaintiff, ) | |
| ) | **MEMORANDUM OPINION** |
| v. ) | |
| ) | By: Samuel G. Wilson |
| HAROLD W. CLARKE, et al., ) | United States District Judge |
| Defendant(s). ) | |

James Dallas Goodson, Sr., proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered August 31, 2012, the court directed plaintiff to submit within ten (10) days from the date of the Order the requested information. Plaintiff was advised that failure to comply would result in dismissal of this action without prejudice.

More than ten (10) days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 18th day of September, 2012.

United States District Judge