CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 29 2012

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| JAMES D. GOODSON, SR., | Civil Action No. 7:12cv00415 |
| Plaintiff, | |
| v. | **FINAL ORDER** |
| HAROLD W. CLARK et al., | |
| Defendants. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that Goodson's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(A)(b)(1). This matter is **STRICKEN** from the active docket of the court. The Clerk of the Court is directed to send a certified copy of this order to Goodson.

**ENTER**: November 29, 2012.

_____
UNITED STATES DISTRICT JUDGE